# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Clarence Memory,<br><br>    Plaintiff,<br><br>v.<br><br>EmployBridge,<br><br>    Defendant. | NO. CV-23-00481-TUC-LCK<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 24, 2024, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                      Debra D. Lucas
                                      District Court Executive/Clerk of Court

June 24, 2024

                                      s/ S. Araiza
                        By   Deputy Clerk